

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

United States of America

Plaintiff,

V.

$15,186.00 in U.S. Currency;
$12,000.00 in U.S. Currency

Defendant.

Civil Action No.   17cv1886-W(BGS)

**DEFAULT JUDGMENT
IN A CIVIL CASE**

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's application for default judgment is granted.
The interest of Chase Cole, Kevin Cole, and any other potential claimants in defendant $15,186.00 and $12,000.00 in U.S. currency, is hereby ordered condemned and forfeited to the United States.

Date:   4/3/18

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By: s/ R. Chapman

R. Chapman, Deputy